

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re:<br><br>Karuppanan Sekar<br>                                Debtor(s)<br>_____<br>Raviraj Natarajian<br>                                Plaintiff(s)<br>           v.<br>Karuppanan Sekar<br>                                Defendant(s) | Ch. 7<br>19-41890<br><br><br><br>Adversary Proceeding:<br>20-4047 |
|---|---|

## Proceeding Memorandum and Order

**MATTER:**
#49 Motion of Plaintiff for Summary Judgment

**Decision set forth more fully as follows:**
Hearing held 07/10/23.  DENIED for the reasons stated in open court.

The deadline for Motion for Summary Judgment re: Counts 1 and 2 is 11/29/23.
The deadline for filing Responses is set for 12/20/23.

A hearing on any timely filed Motion for Summary Judgment will be held on January 11, 2024 at 10:00AM in Worcester, Courtroom 3.

Dated: 7/13/2023

By the Court,

_____
Elizabeth D. Katz
United States Bankruptcy Judge