UNITED STATES BANKRUPTCY COURT
CENTRAL DIVISION, DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Karuppanan Sekar | Chapter 7<br>Case No. 19-41890-EDK |
| Debtor | |
| Raviraj Natarajian, et al, | |
| Plaintiffs, | Adversary Proceeding<br>No. 20-04047 |
| v. | |
| Karuppanan Sekar, | |
| Defendant | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

NOW COMES David G. Baker, attorney of record for the defendant, and withdraws his appearance because successor counsel appeared some time ago, and I have recently been suspended from the practice of law.

February 11, 2025

Respectfully submitted,

/S/    *David G. Baker*
David G. Baker, Esq.
255 Massachusetts Avenue # 614
Boston, MA  02115
617-340-3680
BBO# 634889